UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NICK PENCE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:13CV871 CDP |
| ) | |
| CITY OF SAINT LOUIS, MISSOURI, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that plaintiffs shall file a proposed form of preliminary injunction by **July 11, 2013 at 12:00 noon.** The preliminary injunction hearing shall be held on **July 12, 2013 at 9:00 a.m.**, instead of 10:00 a.m. as previously scheduled.

**IT IS FURTHER ORDERED** that the Motion for Leave to Appear Pro Hac Vice [# 18] by Pacific Legal Foundation is granted for purposes of filing its motion for leave to file an amicus brief.

Because the court believes that plaintiffs can sufficiently present their case and that having an amicus brief from the Pacific Legal Foundation will not contribute to the court's consideration of plaintiffs' motion,

**IT IS FURTHER ORDERED** that Pacific Legal Foundation's motion for leave to file an amicus brief [# 19] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 9th day of July, 2013.