UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| Nick Pence, et al., | ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:13-cv- 871 CDP |
| City of Saint Louis, Missouri, | ) ) | |
| Defendant. | ) ) | |

Plaintiffs' Proposed Form of Preliminary Injunction

In accordance with this Court's order of July 9, 2013, Plaintiffs submit the following proposed form of preliminary injunction:

**IT IS HEREBY ORDERED** that defendant is preliminarily enjoined from enforcing §§ 20.55.020, 20.55.030, 20.55.040, 20.55.050, 20.55.070(B), 20.55.080, 20.55.090, and 20.56.090 of the City of St. Louis Revised Code, as well as the definition of "public area" in § 20.55.010 of the Revised Code.

**IT IS FURTHER ORDERED** that insofar as defendant enforces §20.55.060, 20.55.070(A) and § 20.55.070(C), the persons who are allowed to perform shall not be limited by the definition of "performer" in § 20.55.010 of the Revised Code.

**IT IS FURTHER ORDERED** that defendant is preliminarily enjoined from enforcing any policies not contained in the Revised Code that prohibit street performance at public areas, including public sidewalks at Laclede's Landing; Union Station; Busch Stadium; Jefferson National Expansion Memorial, including the Old Courthouse; and Luther Ely Smith Square.

**IT IS FINALLY ORDERED** that this order shall remain in effect until entry of judgment on the merits.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, # 44827MO
Grant R. Doty, #60788MO
American Civil Liberties Union
    of Eastern Missouri
454 Whittier Street
St. Louis, Missouri 63108
(314) 652-3114
FAX (314) 652-3112

**Certificate of Service**

I hereby certify that on July 11, 2013, a copy of the foregoing was served on counsel of record by operation of the ECF/CM system.

<u>/s/ Anthony E. Rothert</u>